SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>            Plaintiff,<br><br>      vs.<br><br>Nageb Abdo Algazali, et al<br><br>            Defendants | Case No. **2:11-cv-02472-KJN**<br><br>~~PROPOSED~~ **ORDER RE: GRANTING LEAVE OF COURT TO FILE AMENDED COMPLAINT** |

   IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation (Dkt. No. 16), plaintiff's request to file an amended complaint is hereby GRANTED.  Plaintiff shall have until **March 26, 2012** to file a First Amended Complaint.

**Date:  2/21/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE