IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                  No. 2:11-cv-02472 KJN

    v.

NAGEB ABDO ALGAZALI, doing business as SHEBA LIQUORS; JOANNE R. SANCHEZ,

    Defendants.            ORDER DISCHARGING OSC

/

On December 6, 2011, United States District Judge Garland E. Burrell, Jr., issued an order reassigning this case to the undersigned for all purposes, including trial. (Dkt. No. 9 (citing E. Dist. Local Rule 305).)[1]

The undersigned's order to show cause ("OSC") dated February 10, 2012, provided that defendants' counsel, "Michael David Welch, shall show cause in writing, **on or before February 20, 2012**, why he should not be sanctioned for failing to appear at the status conference on February 9, 2012." (OSC, Dkt. No. 15 (emphasis in original).)

---

[1] This matter proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of the undersigned for all proceedings in this case, including trial and entry of final judgment, and an order entered December 6, 2011 (Dkt. No. 9). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rules 301, 305.

1

On February 20, 2012, attorney Michael Welch filed a Response to Order to Show Cause (Dkt. No. 18) and gave reasons for his non-appearance at the status conference. Mr. Welch apologized for his non-appearance and explained that, by an oversight, the status conference "did not appear on our office calendar," and also that Mr. Welch was on an international flight during the conference. (Id. at 2.) The undersigned accepts Mr. Welch's explanation, as well as Mr. Welch's assurance that the office calendaring issue "has now been remedied," and accordingly, discharges the order to show cause (OSC, Dkt. No. 15).

IT IS SO ORDERED.

DATED: February 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE