IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

       Plaintiff,                    No. 2:11-cv-2472 KJN

     v.

NAGEB ABDO ALGAZALI, et al.

       Defendants.           <u>ORDER</u>

/

       A status conference in this case is set for Thursday May 23, 2013, at 10:00 a.m., in Courtroom No. 25, at which the parties may appear telephonically. If a party elects to appear telephonically at the status conference, that party shall contact the undersigned's courtroom deputy to make appropriate arrangements no later than 3 days prior to the conference. At the status conference, the parties shall be prepared to discuss the status of the case, and whether the scheduling of a settlement conference before the undersigned (with an appropriate waiver of disqualification) or before another magistrate judge would be appropriate.

////
////
////
////

1

IT IS SO ORDERED.

DATE: May 14, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE