UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NAGEB ABDO ALGAZALI, doing business as SHEBA LIQUORS, et al.,<br><br>    Defendants. | No.  2:11-cv-02472 KJN<br><br><br>ORDER |

On May 22, 2013, the parties informed the court that they had settled this case.[1] (ECF No. 31.) Thereafter, the undersigned ordered all dispositional documents to be filed by July 5, 2013. (ECF No. 32.)

On July 3, 2013, however, plaintiff's counsel filed a request for an extension to file dispositional documents on or before August 2, 2013, "due to the fact that Plaintiff and Defendants are still in the process of finalizing a settlement agreement." (ECF No. 33.)

////

////

---

[1] This matter proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of the undersigned for all proceedings in this case, including trial and entry of final judgment, and an order entered December 6, 2011 (ECF No. 9). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E.D. Cal. L.R. 301, 305.

1

Based upon counsel's representation (id.) and the fact that no similar request for an extension has previously been filed with respect to the parties' dispositional documents, IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than August 2, 2013.

IT IS SO ORDERED.

**Date: 7/5/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE